IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| JAMIE TERRELL SPRINGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 626-010 |
| | ) | |
| OFFICER GUILLERMO E. MARTINEZ, | ) | |
| Vidalia Police Department, Toombs County, | ) | |
| Georgia, | ) | |
| | ) | |
| Defendant. | ) | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, incarcerated at Georgia Diagnostic and Classification State Prison in Jackson, Georgia, commenced the above-captioned case *pro se* and requested permission to proceed *in forma pauperis* ("IFP"). On February 5, 2026, the Court directed Plaintiff to return his Prisoner Trust Fund Account Statement and Consent to Collection of Fees forms within thirty days and advised Plaintiff all prisoners, even those proceeding IFP, must pay the filing fee of $350.00 in full. (See doc. no. 3, pp. 1-3); 28 U.S.C. § 1915(b)(1). Plaintiff was cautioned failure to respond would be an election to have this case voluntarily dismissed without prejudice. (Doc. no. 3, p. 4.) The time to respond has passed, and Plaintiff has not submitted the documents required by the Court's February 5th Order.

Not only has Plaintiff failed to return the Consent to Collection of Fees form, which requires only his signature and no action from prison officials, but he also did not return the Prison Trust Fund Account Statement provided to him with the Court's February 5th Order.

Rather, he submitted what appears to be state court forms that do not cover the required time period of six months prior to receipt of the complaint in this case. (See doc. no. 4; cf. doc. no. 3-1, pp. 1-2.) Nor has Plaintiff provided the Court with any explanation why he has not complied with the Court's prior Order.

Plaintiff cannot proceed IFP unless he submits the requisite Trust Fund Account Statement and consents to collection of the entire $350.00 filing fee in installments. Wilson v. Sargent, 313 F.3d 1315, 1319, 1321 (11th Cir. 2002) (citing 28 U.S.C. § 1915). Plaintiff has been warned that failing to return the necessary IFP papers would be an election to have his case voluntarily dismissed. (See doc. no. 3, p. 4.) As Plaintiff has neither fulfilled the requirements for proceeding IFP, nor paid the full filing fee, the Court **REPORTS** and **RECOMMENDS** this case be **DISMISSED** without prejudice and this civil action be **CLOSED**.

SO REPORTED and RECOMMENDED this 26th day of March, 2026, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2